# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0109.  PAMELA MCKETHAN v. GSLS, GA, LLC.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Defendant Pamela McKethan appealed to the superior court.  The superior court granted the plaintiff's motion for summary judgment and issued a writ of possession on December 11, 2017.  The next day, McKethan filed a notice of appeal.  Then, on September 24, 2018, McKethan filed this application for discretionary review.  Along with her application, McKethan filed a motion asking this Court to extend the time to file the application.  For the reasons that follow, we deny McKethan's request for an extension of time as untimely and dismiss her request for discretionary review for lack of jurisdiction.

Under OCGA § 5-6-39 (a) (5), this Court may grant an extension of time for filing an application for discretionary review.  See *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011); accord Court of Appeals Rule 16 (c).  The request for an extension, however, "must be made before expiration of the period for filing as originally prescribed or as extended by a permissible previous order."  OCGA § 5-6-39 (d); see also Court of Appeals Rule 31 (i); *Gable*, 290 Ga. at 84-85 (2) (a).  Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered.  See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Both McKethan's request for an extension of time to file an application for

discretionary review and her application for discretionary review of the superior court's December 11, 2017 order are untimely because they were filed 287 days after the order was entered.  See OCGA §§ 5-6-39 (d); 44-7-56; *Gable*, 290 Ga. at 84-85 (2) (a); *Radio Sandy Springs, Inc.*, 311 Ga. App. at 335-336. Accordingly, the motion for an extension of time in which to file an application for discretionary review is hereby DENIED, and the application for discretionary review is hereby DISMISSED for lack of jurisdiction.  See *Boyle*, 190 Ga. App. at 734.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/22/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*